Irving L. Berg (SBN 36273)
THE BERG LAW GROUP
145 Town Center, PMB 493
Corte Madera, California 94925
(415) 924-0742
(415) 891-8208 (Fax)
irvberg@comcast.net (e-mail)

ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HACK, | Case No.: 4:10 CV 00037 PJH |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| IKANO COMMUNICATONS, INC dba DSL EXTREME.COM; MICHELLE GROVE, an individual | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff RICHARD HACK ("Plaintiff") on the one hand, and Defendant IKANO COMMUNICATONS, INC dba DSL EXTREME.COM; MICHELLE GROVE, ("Defendants") on the other hand, through their respective counsel that the action against Defendants shall be dismissed with prejudice, each party to bear its own costs and attorneys" fees.

Dated: 3-05-10

_____
Irving L. Berg
THE BERG LAW GROUP
Attorney for Plaintiff

Dated: 3/9/10

_____
Kimberly Elizabeth Lewellen
Ellis* Coleman* Poirier* La Voie & Steinheimer LLP
Attorney for Defendants

STIPULATION FOR DISMISSAL        RICHARD HACK v. IKANO COMMUNICATIONS
                                 dba DSLEXTREME.COM et al.
                              1  CASE NO.: CV 00037 PJH