Mark E. Ellis - 127159
Kimberly E. Lewellen - 243663
ELLIS, COLEMAN, POIRIER, LAVOIE, & STEINHEIMER LLP
555 University Avenue, Suite 200 East
Sacramento, CA 95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ecplslaw.com
klewellen@ecplslaw.com

Attorneys for Defendants IKANO COMMUNICATIONS, INC. dba DSL EXTREME.COM and MICHELLE GROVE, an individual

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RICHARD HACK,<br><br>　　Plaintiff,<br><br>v.<br><br>IKANO COMMUNICATIONS, INC dba DSLEXTREME.COM; MICHELLE GROVE, an individual,<br><br>　　Defendant. | Case No.: 4:10-cv-00037-PJH<br><br>[~~PROPOSED~~] ORDER GRANTING DISMISSAL OF ENTIRE CASE |

ORDER

Pursuant to the stipulation of the parties, this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: __3/11/10_____     _____
                                         The Honorable Phyllis J. Hamilton
                                         Northern District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton — signature]*

- 1 -